UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUEL DELACRUZ,

                    Plaintiff,

-v-

BUCA, INC.,

                    Defendant.

19-CV-10325 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days. If an application to restore the action is not made within thirty days, the case shall be DISMISSED WITH PREJUDICE.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: February 13, 2020
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge